IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TAISSA ACHCAR-WINKELS, RAY ACHCAR-WINCKELS,** *individually and as Parents and Next Friends of S.A., a minor,*

   Plaintiffs,

  v.

**LAKE OSWEGO SCHOOL DISTRICT,** *an Oregon municipal corporation;* **HEATHER BECK,** *an individual;* **IAN LAMONT,** *an individual;* **KAYLA NORDLUM,** *an individual;* **SUZANNE YOUNG,** *an individual; and* **UNKNOWN STAFF,** *unknown individuals,*

   Defendants.

No. 3:15-cv-00385-ST

OPINION AND ORDER

**MOSMAN, J.**,

  On August 21, 2015, Magistrate Judge Janice Stewart issued her Findings and Recommendation (F&R) [54], recommending that Defendant Suzanne Young's Motion to Dismiss [38] should be GRANTED. No objections to the Findings and Recommendation were filed.

**DISCUSSION**

  The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to

1 – OPINION AND ORDER

make a *de novo* determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, *de novo* or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

       Upon review, I agree with Judge Stewart's recommendation and I ADOPT the F&R [54] as my own opinion.

       IT IS SO ORDERED.

       DATED this   15th   day of September, 2015.

                                   /s/ Michael W. Mosman
                                   MICHAEL W. MOSMAN
                                   United States District Judge