IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TAISSA AND RAY ACHCAR-WINKELS**, individually and as Parents and Next Friends of **S.A.**, a minor,

        Plaintiffs,

  v.

**LAKE OSWEGO SCHOOL DISTRICT**, an Oregon municipal corporation; **HEATHER BECK**, an individual; **JENNIFER SCHIELE**, an individual; **IAN LAMONT**, an individual; **KAYLA NORDLUM**, an individual; **ASHLEY NORDLUM**, an individual; and **SUZANNE YOUNG**, an individual; and **UNKNOWN STAFF**, unknown individuals,

        Defendants.

Case No. 3:15-cv-00385-MO

JUDGMENT

**MOSMAN, J.**,

      This matter came before the Court and was tried before a jury from October 31, 2017, through November 3, 2017, with the Honorable Michael W. Mosman presiding. Based on the verdict of the jury, the Court orders that Plaintiffs Taissa and Ray Achcar-Winkels, as Next Friends of S.A., a minor, recover on S.A.'s claim of negligence from defendant Lake Oswego School District the amount of seventy thousand dollars ($70,000.00), plus post judgment interest at the rate of 1.6 percent per annum, beginning from the date of this Judgment until paid.

/ / /

/ / /

1 – JUDGMENT

All other claims asserted by plaintiffs are dismissed with prejudice and without fees and costs to any party.

DATED this  12   day of December, 2017.

                                                       /s/ Michael W. Mosman
                                                      MICHAEL W. MOSMAN
                                                      Chief United States District Judge

2 – JUDGMENT